**YOUNG BASILE HANLON & MACFARLANE, P.C.**
**ANDREW R. BASILE, JR. (SBN 208396)**
abasile@youngbasile.com
228 Hamilton Avenue, Suite 300
Palo Alto, CA 94301
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

**JEFFREY D. WILSON (PRO HAC VICE)**
wilson@youngbasile.com
**Ryan T. McCleary (Pro Hac Vice)**
mccleary@youngbasile.com
**EDDIE D. WOODWORTH (PRO HAC VICE)**
woodworth@youngbasile.com
3001 West Big Beaver Road, Suite 624
Troy, MI 48084
Telephone: (248) 649-3333
Facsimile: (248) 649-3338

Attorneys for Plaintiff
IXL Learning, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXL LEARNING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT JAHODA AND EDDIE WHITE, <br><br> Defendants. | Case No.: 3:19-cv-01486 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To the Honorable Jon S. Tigar, United States District Judge:

Plaintiff IXL Learning, Inc. ("IXL"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), hereby submits its Notice of Voluntary Dismissal Without Prejudice to dismiss all claims pending in this action by Plaintiff against Defendants without prejudice, and without costs or attorneys' fees to either party.

Respectfully submitted,

Dated: June 12, 2019

**YOUNG BASILE HANLON & MACFARLANE, P.C.**

By: */s/ Andrew R. Basile, Jr.*
**Andrew R. Basile, Jr. (SBN 208396)**
abasile@youngbasile.com
**Jeffrey D. Wilson (*Pro Hac Vice*)**
wilson@youngbasile.com
**Ryan T. McCleary (*Pro Hac Vice*)**
mccleary@youngbasile.com
**Eddie D. Woodworth (*Pro Hac Vice*)**
woodworth@youngbasile.com

Attorneys for Plaintiff
IXL Learning, Inc.

PURSUANT TO THIS NOTICE, IT IS SO ORDERED.

Dated: June 12, 2019

_____
Honorable Jon S. Tigar
United States District Judge